

**MILBERG** LLP

NEW YORK
LOS ANGELES
DETROIT

Matthew Gluck
New York
Direct Dial: 212-594-5300
mgluck@milberg.com

**MEMO ENDORSED**

The application is ___ granted.
                   ✓ denied.
Oral Argument is discretionary.

_____
Nelson S. Roman, U.S.D.J.
Dated: 8/18/14
White Plains, New York 10601

August 14, 2014

BY FACSIMILE

The Honorable Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:   *Sheldrake Lofts LLC v. Remediation Capital Funding LLC*, No. 7:14-cv-04274-NSR

Dear Judge Roman:

My firm represents defendants Cozen O'Connor, P.C. and Kenneth Roberts in the above-referenced matter.

Pursuant to Your Honor's Individual Practices, I am writing to request oral argument on Defendants Cozen O'Connor, P.C., and Kenneth Roberts's Motion to Withdraw the Reference, which has been fully briefed and is now pending before this Court.

Thank you for your attention to this matter. I am available to answer any questions the Court may have.

Respectfully Submitted,

Matthew Gluck

MG:jg
cc: David H. Wander, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2014

